PROSKAUER ROSE LLP
Sally L. Schneider (SS-0909)
1585 Broadway
New York, New York 10036
(212) 969-3803
Attorneys for Petitioner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PRESSROOM UNIONS' WELFARE TRUST FUND,  :
by its Trustees,                                                                  :
                                                                                            :  05 Civ. 972 (DAB) [ECF Case]
                                                       Petitioner,              :
                                                                                            :
                         - against -                                              :  **DISCLOSURE STATEMENT**
                                                                                            :
VALENTINE PRINTING CORP.,                                    :
                                                                                            :
                                                       Respondent.         :
-------------------------------------------------------------------X

    1. This Disclosure Statement is prepared in compliance with Rule 7.1 of the Federal Rules of Civil Procedure.

    2. Petitioner Pressroom Unions' Welfare Trust Fund has no corporate parents, subsidiaries, or affiliates.

Dated: New York, New York
         January 27, 2005

                                                  PROSKAUER ROSE LLP
                                                Attorneys for Petitioner

                                                By:  /s/ Sally L. Schneider
                                                    Sally L. Schneider (SS-0909)
                                                1585 Broadway
                                                New York, New York 10036
                                                (212) 969-3803